**WO**                                                                                                        KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Adam Prostka, | No. CV 06-1012-PHX-MHM (LOA) |
| Petitioner, | **ORDER** |
| vs. | |
| Dora B. Schriro, et al., | |
| Respondents. | |

On April 11, 2006, Petitioner Michael Adam Prostka, presently confined in the Arizona State Prison Complex-Tucson, filed a Petition for Writ of Habeas Corpus by a Person in State Custody (28 U.S.C. § 2254). Petitioner has not paid the five dollar ($5.00) filing fee or filed an Application to Proceed In Forma Pauperis by a Prisoner (Habeas) ("Application to Proceed").

Local Rule of Civil Procedure ("LRCiv") 3.5(b) requires that actions filed in forma pauperis by persons who are incarcerated must be accompanied by an "Application to Proceed In Forma Pauperis by a Prisoner (Habeas)" that is executed under penalty of perjury and contains a certification, executed by an authorized officer of the institution regarding any amount contained in any of the inmate's accounts. Local Rule of Civil Procedure 3.5(b) also

**JDDL**

1 requires payment of the five dollar ($5.00) filing fee[1] if a petitioner has in excess of
2 twenty-five dollars ($25.00) in his inmate account.

3     Petitioner will be given thirty (30) days to pay the five dollar ($5.00) filing fee, or file
4 a certified Application to Proceed In Forma Pauperis using the form included with this Order.
5 If Petitioner fails to pay the five dollar ($5.00) filing fee or file a certified Application to
6 Proceed In Forma Pauperis within thirty (30) days of the filing date of this Order, the Clerk
7 of the Court will be directed to enter a judgment of dismissal of this case, without prejudice,
8 without further notice to Petitioner.

9     **IT IS THEREFORE ORDERED** as follows:

10     1) Petitioner SHALL HAVE thirty (30) days from the filing date of this Order to pay the
11 five dollar ($5.00) filing fee, or to file with the Court a certified Application to Proceed In
12 Forma Pauperis using the form included with this Order;

13     2) The Clerk of the Court is DIRECTED to enter judgment of dismissal of this action
14 without prejudice, without further notice to Petitioner, if Petitioner fails to pay the five dollar
15 ($5.00) filing fee, or fails to file a certified Application to Proceed within thirty (30) days
16 from the date of filing of this Order;

17     3) A clear and legible copy of every pleading or other document filed shall accompany
18 each original pleading or other document filed with the Clerk for use by the District Judge
19 or Magistrate Judge to whom the case is assigned and additional copies for each Judge in
20 three-judge panel cases.  See LRCiv 5.4. **Failure to submit a copy along with the original**
21 **pleading or document will result in the pleading or document being stricken without**
22 **further notice to Petitioner**;

23     4) At all times during the pendency of this action, Petitioner shall immediately advise
24 the Court of any change of address and its effective date.  Such notice shall be captioned
25 "NOTICE OF CHANGE OF ADDRESS."  The notice shall contain only information
26 pertaining to the change of address and its effective date, except that if Petitioner has been

---

[1] The five dollar ($5.00) filing fee is set pursuant to 28 U.S.C. § 1914(a).

1 released from custody, the notice should so indicate.  The notice shall not include any
2 motions for any other relief.  Failure to file a NOTICE OF CHANGE OF ADDRESS may
3 result in the dismissal of the action for failure to prosecute pursuant to Federal Rule of Civil
4 Procedure 41(b);

5  5) The Clerk of the Court is DIRECTED to send Plaintiff a form for filing an
6 "Application to Proceed In Forma Pauperis by a Prisoner (Habeas)".

7  DATED this 19th day of May, 2006.

Mary H. Murguia
United States District Judge

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| _____, | ) | |
| Petitioner, | ) CASE NO. _____ |
| | ) | |
| vs. | ) | |
| | ) | APPLICATION TO PROCEED |
| _____, | ) | *IN FORMA PAUPERIS* |
| Respondent(s). | ) | BY A PRISONER |
| | ) | (HABEAS) |

   I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

   In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?    ☐Yes    ☐No
   If "Yes," state the amount of your pay and where you work. _____
   _____
   _____

2. Do you receive any other payments from the institution where you are confined?    ☐Yes    ☐No
   If "Yes," state the source and amount of the payments. _____
   _____
   _____

3. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?  ❏ Yes  ❏ No
If "Yes," state the sources and amounts of the income, savings, or assets. _____
_____
_____

I declare under penalty of perjury that the above information is true and correct.

_____                                    _____
        DATE                                                    SIGNATURE OF APPLICANT

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
        (Printed name of official)

The applicant's trust account balance at this institution is: $_____.

_____
DATE            AUTHORIZED SIGNATURE        TITLE/ID NUMBER         INSTITUTION

2